**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 09-7813**

———————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

TIMOTHY LAFON MURPHY, a/k/a TJ,

        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern.  Louise W. Flanagan,
Chief District Judge.  (5:04-cr-00241-FL-1)

———————————

Submitted:  December 17, 2009    Decided:  December 31, 2009

———————————

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Timothy Lafon Murphy, Appellant Pro Se.  Rudy E. Renfer,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Lafon Murphy appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Murphy, No. 5:04-cr-00241-FL-1 (E.D.N.C. Sept. 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED